IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-00471-ZLW-MEH

KEVIN WARD,

    Plaintiff,

v.

ALLIED INTERSTATE, INC., a Minnesota corporation,

    Defendant.

---

ORDER DISMISSING CASE WITH PREJUDICE

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(ii) and the Stipulation Of Dismissal With Prejudice (Doc. # 5) signed by the attorneys for the parties hereto, it is

ORDERED that this case is dismissed with prejudice, each party to pay his or its own attorney's fees and costs.

DATED this __30th__ day of __April__, 2008.

BY THE COURT:

_/s/ Zita L. Weinshienk_
_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court